United States District Court
Southern District of Texas
**ENTERED**
April 20, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| HOMERO RAMIREZ JR., *et al*, § § Plaintiffs, § VS. § STATE AUTO PROPERTY AND § CASUALTY INSURANCE COMPANY, § § Defendant. § | CIVIL ACTION NO. 2:16-CV-383 |

### ORDER FOR DISMISSAL WITH PREJUDICE

ON this the 20th day of April, 2017, came on to be considered the parties' Agreed Motion for Dismissal with Prejudice. (D.E. 21). The Court finds that the same should be and is hereby granted; It is accordingly,

ORDERED, ADJUDGED and DECREED Court that Plaintiff **Romero Ramirez Jr.'s** claims and causes of action against Defendant, **State Auto Property & Casualty Insurance Company,** be and the same are hereby dismissed, with prejudice and at the cost of party incurring same.

SIGNED and ORDERED this 20th day of April, 2017.

_____
Janis Graham Jack
Senior United States District Judge